IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 05-0172 (RCL) |
| | ) |
| **DERRICK GREENE,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/S/
By:_____
TONY AXAM, JR.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 20TH day of May 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

/S/
By:_____
TONY AXAM,JR.