UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-172 (RCL) |
| | : | |
| DERRICK GREENE | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

ORDER

Upon consideration of the government's Notice of Intent to Impeach Defendant, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his conviction for Possession With Intent to Distribute Cocaine in the Superior Court for the District of Columbia in Case No. F-2730-01.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

copies:

Priscilla Carroll
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Tony Axam, Esq.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
Attorney for Defendant