IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal No. 05-0172 (RCL) |
| DERRICK GREENE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the evidence seized on March 25, 2005 when Mr. Greene was stopped, seized, and searched in violation of the Fourth Amendment is suppressed.

SO ORDERED this _____ day of _____, 2005.


_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


Copies to:
AFPD Tony Axam, Jr.
AUSA Lionel Andre