UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-0172 (RCL)** |
| | : | |
| **DERRICK GREENE,** | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address [Lionel.Andre@USDOJ.gov](mailto:Lionel.Andre@USDOJ.gov). Mr. Andre will substitute as counsel for AUSA Priscilla Carroll as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney

        _____
        Lionel Andre
        Assistant United States Attorney
        Narcotics Section, Bar No. 422534
        555 4th Street, N.W.  Room 4846
        Washington, DC 20530
        (202) 353-2481