UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-0172 (RCL)** |
| : | |
| **DERRICK GREENE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Having reviewed Defendant's Motions to Suppress Tangible Evidence and the Government's Opposition thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby rules as follows:

Defendant's Motions to Suppress Evidence is DENIED.

IT IS SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

cc:

Lionel André, Esq.
Assistant U.S. Attorney
Narcotics Section
555 4th Street, N.W., Room 4846
Washington, D.C. 20530

Tony Axam, Esquire
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
Attorney for Defendant Derrick Greene