UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-172 (RCL) |
| ) | |
| DERRICK GREENE, ) | **FILED** |
| ) | |
| Defendant. ) | JUN 2 7 2005 |
| ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

In accordance with the proceedings at the Status Conference held by the Court on June 15, 2005, it is hereby

ORDERED that pretrial motions must be filed no later than June 22, 2005, and oppositions thereto must be filed no later than June 29, 2005; and it is further

ORDERED that the Court will hear oral arguments on any pretrial motions at 5:00 PM on June 29, 2005; and it is further

ORDERED that trial will begin at 10:00 AM on July 13, 2005, and is expected to conclude by 5:00 PM on July 15, 2005, in accordance with the representations of counsel at the June 15, 2005 Status Conference.

SO ORDERED.

6/21/05
DATE

Royce C. Lamberth
United States District Judge