DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES DISTRICT JUDGE
TO PERFORM JUDICIAL DUTIES IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit having certified that there is a necessity for the designation and assignment of a judge from another circuit to perform judicial duties in the United States District Court for the District of Columbia, and the

HONORABLE STERLING JOHNSON, JR.

a Senior United States District Judge for the United States District Court for the Eastern District of New York, in the Second Circuit, having consented to perform judicial duties in the United States District Court for the District of Columbia, in the District of Columbia Circuit, during the period of June 29, 2005 to July 15, 2005;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Sterling Johnson, Jr. to perform judicial duties in the United States District Court for the District of Columbia for the period or purpose stated and for such time as needed in advance thereof to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

*William H. Rehnquist*

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. 6/28/05