09/20/05  09:54 FAX 202 208 7515    Federal Public Defender                    ☐001

## HONORABLE STERLING JOHNSON, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :  Docket No.: 05-172-01

vs.                                 :  SSN:

Derrick Greene                      :  Disclosure Date: September 2, 2005

**FILED**

**OCT - 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            _____
**Prosecuting Attorney**                          **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

(☒)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Detrick Sun_ 9/16/05            _(signature)_ 9/16/05
**Defendant**    **Date**          **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, September 16, 2005**, to U.S. Probation Officer **Matthew C. Wurboys**, telephone number **(202) 565-1340**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer