**NOTICE OF APPEAL CRIMINAL**

---

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Criminal No. 05-0172 (SJ) |
| **DERRICK GREENE** | : |

**NOTICE OF APPEAL**

**Name and address of appellant**

Derrick Greene
D.C. Jail

**Name and address of appellant's attorney**

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue NW., Suite 550
Washington, DC 20004

**Offense**

Unlawful Possession of a Firearm and Ammunition by a Convicted Felon in violation of 18 U.S.C. § 922 (g)(1).

**Concise statement of judgment or order, giving date, and any sentence**

Sentenced to 37 months imprisonment on count one to run current with the 22 months currently serving in Superior Court, followed by 3 years supervised release; a special assessment of $100.00.

**Name of institution where now confined, if not on bail**

D.C. Jail
1901 D Street, S.E
Washington, D. C. 20003

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| <u>  10/20/05  </u><br>DATE | <u>Derrick Greene                  </u><br>APPELLANT |

CJA, NO FEE  <u>X</u>              <u>       /s/                 </u><br>
PAID USDC FEE  <u>  </u>      ATTORNEY FOR APPELLANT<br>
PAID USCA FEE  <u>  </u>

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes