# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-3173                               September Term, 2006

05cr00172-01

United States of America,
    Appellee

v.

Derrick Greene,
    Appellant

**FILED**
APR - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR 1 7 2007
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the District Court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Deputy Clerk